# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HASHIM SABRI SLEWA,<br><br>　　　　　　Defendant. | Criminal Case No. 14CR1590-H<br><br>JUDGMENT AND ORDER OF DISMISSAL |

　　GOOD CAUSE APPEARING and upon the motion of the government, IT IS HEREBY ORDERED that the Information in the above entitled case against defendant Hashim Sabri Slewa is **dismissed without prejudice**. The defendant is hereby discharged and the bond is hereby exonerated. The Court **vacates** the October 14, 2014 order issuing a bench warrant.

　　IT IS SO ORDERED AND ADJUDGED.

Dated: November 21, 2014

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE